UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

RICHARD CLEVELAND ID#Y-38042

    Plaintiff,

-vs-

BOB BLUM, PERCEY MAYERS,
CHRISTINE BROWN, ROB JEFFREYS,
WAXFORD HEALTH SOURCE, Inc, and the
Illinois Department of Corrections.

    Defendant's,

Case No: 22-CV-456-NJR

Scanned at Pinckneyville CC and e-mailed
5/16/23 by CB  1 pages
Date   Initials   No.

PLAINTIFF'S MOTION FOR
LEAVE TO FILE AN AMENDED COMPLAINT

    Now comes plaintiff, Richard Cleveland, pro-se; respectfully moving this Honorable Court, pursuant to Rule 15(2) of the Federal Rules of Civil Procedures, seeking Leave of the Court to filed the attached Amended Complaint.

Dated: May 12, 2023.

/s/ Richard Cleveland
Plaintiff Pro-Se;
Richard Cleveland



Scanned at Pinckneyville CC and e-mailed 5/16/23 by CB 13 pages

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Richard Cleveland   ID Number: Y38042

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   **Yes** or No

   If yes, please list case number: 22-CV-456-NJR

   If yes, but you do not know the case number mark here: ____

3. Should this document be filed in a pending case?   **Yes** or No

   If yes, please list case number: 22-CV-456-NJR

   If yes, but you do not know the case number mark here: ____

4. Please list the total number of pages being transmitted:   12

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Motion for Leave to Amend | 1 |
| Proposed Amended Complaint | 11 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.